IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRYAN POULIN, )
)
    Petitioner, )
) Civil Action No. 04-350 Erie
v. )
)
WARDEN, F.C.I. McKEAN, )
)
    Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 3, 2004 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 13, 2006, recommends that the petition for writ of habeas corpus be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI McKean, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 9th day of May, 2006,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

    The Report and Recommendation of Magistrate Judge Baxter, filed on April 13, 2006 [Doc. # 10], is adopted as the opinion of the Court.

                                  s/  Sean J. McLaughlin
                                           United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge